1  **CHANDRA L. PETERSON**
   California State Bar No. 306935
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Chandra_Peterson@fd.org
5
   Attorneys for Relator
6  RODERICK MUCHIKEKWANAPE

7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE EXTRADITION OF          CASE NO.: 21MJ1181-BGS
12                                               Hon. Bernard G. Skomal
13
14  RODERICK MUCHIKEKWANAPE                      APPLICATION FOR ORDER TO RELEASE RELATOR FROM FEDERAL CUSTODY; [PROPOSED] ORDER
15
16

17      Relator Roderick Muchikekwanape, by and through his counsel of record,
18  Federal Defenders of San Diego and Chandra L. Peterson, hereby submits the
19  attached Application for an Order to Release Relator from Federal Custody.

20              **I.    INTRODDUCTION**
21      The United States of America has yet to file a formal extradition package
22  with this Court requesting Mr. Muchikekwanape's extradition. The delay is
23  unexplained and not permitted by the Extradition Treaty. The forty-five day
24  deadline for the government of Canada to file the formal extradition package with
25  the United States of America was on May 10, 2021, pursuant to Article 11, section
26  3 of the Treaty on Extradition Between The United States of America And The
27  Government of Canada, Treaty Doc. E101323-CTS 1976 No.3 (hereinafter "the
28  Extradition Treaty"). Forty-eight days have passed since Mr. Muchikekwanape was

1 arrested on the provisional arrest documents. This is longer than what is permitted
2 by the Extradition Treaty that governs Mr. Muchikekwanape's provisional arrest.
3 No explanation has been provided to Mr. Muchikekwanape, defense counsel, or
4 this Court regarding the delay. Mr. Muchikekwanape therefore files this request for
5 an Order from this Court releasing him from federal custody.

## II. THE EXTRADITION TREATY MANDATES RELEASE

The United States Has Exceeded the Forty-five-Day Deadline Provided by the Extradition Treaty and the Extradition Treaty Mandates Release. The Extradition Treaty requires that the request for extradition accompanied by the documents specified in Article 9 be submitted within forty-five days of the provisional arrest. *See* Article 11, section 3. Specifically, the Extradition Treaty mandates release once this deadline passes

> A person arrested **shall be set at liberty** upon the expiration of forty-five days from the date of his arrest pursuant to such application [provisional arrest] if a request for his extradition accompanied by the documents specified in Article 9 shall not have been received.

(emphasis added).

Mr. Muchikekwanape was arrested on a provisional arrest warrant on March 26, 2021; therefore, the expiration date for the government of Canada to file a formal extradition package with the executive authority of the United States was on May 9, 2021. To date, the government has not filed a copy of the formal extradition package with this Court.

Simply put, the plain language of the Extradition Treaty between the United States and Canada mandates that Mr. Muchikekwanape be released from federal custody after the sixty-day deadline has run. Mr. Muchikekwanape has been detained in federal custody for an additional twenty-five days, without any formal extradition package having been filed in this case, based solely on the government's representations that an extradition package has been submitted through the diplomatic channels of the United States government.

### III.  CONCLUSION

Mr. Muchikekwanape respectfully requests that the Court order his immediate release from federal custody due to the government's failure to file a formal extradition package with this Court.

Respectfully submitted,

Dated:  May 12, 2021
*s/ Chandra L. Peterson*
Federal Defenders of San Diego, Inc.
Attorneys for Relator
RODERICK MUCHIKEKWANAPE
Email:  Chandra_Peterson@fd.org