# EXHIBIT C



Embassy of Canada       Ambassade du Canada

Note No. 9807

      The Embassy of Canada presents its compliments to the Department of State and has the honour to refer to Diplomatic Note No. 9685 issued May 20, 2021 (attached) requesting the extradition of Roderick Muchikekwanape, a Canadian citizen, born on October 31, 1978.

      By copy of this Diplomatic Note, the Embassy of Canada wishes to inform the Department of State that additional documents are being submitted to the United States in supplement to the original request.

      The Embassy of Canada avails itself of this opportunity to renew to the

Department of State the assurances of its highest consideration.

WASHINGTON, D.C.

June 29, 2021







Embassy of Canada          Ambassade du Canada

Note No. 9685

   The Embassy of Canada presents its compliments to the Department of State and has the honour to request the extradition of Roderick Muchikekwanape, a Canadian citizen, born on October 31, 1978.

   Photographs of the person sought are appended to the documents submitted in support of the extradition request.

   Canada is seeking the extradition of Roderick Muchikekwanape to stand trial in relation to:

   One count of escape and being at large without excuse, contrary to section 145(1) of the *Criminal Code.*

   Information number 92691-1 was sworn by C. Mitchell, a Court Liaison Officer, November 6, 2020 before a Justice of Peace in the Province of British Colombia.

   Warrant for Arrest dated November 6, 2020 was issued by a Justice of Peace in the Province of British Columbia.

   Canada is seeking the extradition of Roderick Muchikekwanape for enforcement of a sentence in relation to:

   One count of first degree murder, contrary to section 235(1) of the *Criminal Code*;

               .../2



-2-

Disposition was issued by the Manitoba Court of Queen's Bench, dated December 13, 2000. Warrant for Apprehension and Recommitment to Custody dated October 29, 2020 was issued by Institution Head Shawna N. Hopfner in the Province of British Columbia.

There is no statute of limitations in respect of the offence for which the person sought stands charged. The indictable offence is punishable by more than one-year imprisonment. Roderick Muchikekwanape was provisionally arrested on March 26, 2021.

The Present Location of the accused is Western Regional Detention Facility (GEO), 220 West C Street, San Diego, CA 92101.

The Prosecuting Attorneys are Dorothy Pui Huen Tsui, Crown Counsel, Criminal Appeals and Special Prosecutions, BC Prosecution Service, Ministry of the Attorney General of British Columbia, telephone 778-666-2418; and Daniel Alonso Veas-Henriquez, Legal Counsel, Legal Services, Correctional Service Canada, telephone 343-571-2478. The Police Contact is Constable Darcy Wade Burke, Royal Canadian Mounted Police, telephone 604- 814-1639.

The Embassy of Canada avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.

WASHINGTON, D.C.

May 20, 2021





Embassy of the United States of America

## Certificate to be Attached to Documentary Evidence Accompanying Requisitions in the United States for Extradition

### AMERICAN FOREIGN SERVICE

Ottawa, Canada, June 29, 2021

I, Arnold Chacon, Chargé d'Affaires of the United States of America at Ottawa, Canada, hereby certify that the annexed papers, being authenticated supporting documents proposed to be used upon an application for the extradition from the United States of **Roderick MUCHIKEKWANAPE** who is wanted to stand trial in the Province of British Columbia for one count of escape and being at large without excuse, contrary to Section 145(1) of the *Criminal Code*, and who is wanted for enforcement of a life sentence for one count of first degree murder, contrary to section 235(1) of the *Criminal Code* are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by the tribunals of Canada, as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed this 29th day of June, 2021.

_____
Arnold Chacon
Chargé d'Affaires of the
United States of America

SENSITIVE BUT UNCLASSIFIED

EXT_MUCHIK_SUPP_001

Ex_Muchikekwanape_093



Department of Justice
Canada

Ministère de la Justice
Canada

Ottawa, Canada
K1A 0H8

## <u>CERTIFICATE OF AUTHENTICATION</u>

IN THE MATTER OF the request for the extradition of **Roderick MUCHIKEKWANAPE** from the United States of America to Canada

I, Marisa Ferraiuolo, Counsel, International Assistance Group, Department of Justice of Canada, do hereby certify:

THAT attached to this Certificate is authenticated supplementary documentation presented by Canada in support of the request for the extradition of **Roderick MUCHIKEKWANAPE** who is wanted to stand trial in the Province of British Columbia for one count of escape and being at large without excuse, contrary to Section 145(1) of the *Criminal Code*, and who is wanted for enforcement of a life sentence for one count of first degree murder, contrary to section 235(1) of the *Criminal Code*.

THAT the documentation attached to this certificate is composed of:

- the Supplemental Statement Of Law of Law Daniel Alonso Veas-Henriquez, Legal Counsel, Legal Services, Correctional Service Canada.

The Seal of the Minister of Justice of Canada is hereby affixed this 23rd day of June, 2021.

_____
Marisa Ferraiuolo, Counsel
International Assistance Group
Department of Justice of Canada



CANADA
PROVINCE OF BRITISH COLUMBIA
CITY OF MISSION

IN THE MATTER OF a request for the extradition of RODERICK MUCHIKEKWANAPE: from the UNITED STATES OF AMERICA to CANADA to serve his remaining term of imprisonment for an offence contrary to the Criminal Code.

In the matter of a request by Canada for the Extradition of Roderick Muchikekwanape, from the United States of America (U.S.A) to Canada for the enforcement to serve his remaining term of imprisonment for an offence contrary to the *Criminal Code*

## SUPPLEMENTAL STATEMENT OF LAW OF
## DANIEL ALONSO VEAS-HENRIQUEZ

I, Daniel Alonso Veas-Henriquez, of the City of Gatineau, in the province of Quebec, MAKE OATH AND SAY AS FOLLOWS:

1. I am a Notary licensed to practice law in the Province of Quebec. I received my legal training at the University of Ottawa, Ontario, where I obtained a Juris Doctor (J.D./LL.L.) degree in 2003. I then received a degree in Notarial Law in 2008 at the University of Montréal. I was called to the Chamber of Notaries of the Province of Québec in October 2008. Since March 2015, I have been employed with the Federal Department of Justice, acting as legal counsel to the Correctional Service of Canada (CSC) as part of its Legal Services Unit (LSU).

2. As legal counsel with the CSC LSU, I provide the CSC with legal support in both advisory and litigation matters. In particular, I provide the CSC with legal opinions regarding the *Corrections and Conditional Release Act*, SC 1992, c 20, and the *Criminal Code*, RSC 1985, c C-46. ("*Criminal Code*").

3. I am the counsel assigned to this case. I have reviewed the files maintained by CSC in relation to Roderick Muchikekwanape ("Mr. Muchikekwanape"). Therefore, I am familiar with the facts of this case.

4. Canada is seeking the extradition of Mr. Muchikekwanape so that he may serve the remainder of his sentence for the offence of First Degree Murder, contrary to section 235(1) of the *Criminal Code.*

5. This statement is intended to supplement the Statement of Law that I signed on May 17, 2021, in support of Canada's request for Mr. Muchikekwanape's extradition.

6. Paragraph 17 of the Statement of Law, dated May 17, 2021, reads as follows:

> *"17. Under Canadian law, any time spent in custody by an escapee, such as Mr. Muchikekwanape, awaiting extradition back to Canada would not be automatically credited towards his remaining Canadian sentence. If the U.S.A extradites Mr. Muchikekwanape back to Canada in accordance with this request, he will be required to serve the remaining term of his sentence in custody.''*

It should read as follows:

> "17. Under Canadian law, any time spent in custody by an escapee, such as Mr. Muchikekwanape, awaiting extradition back to Canada would not be automatically credited towards his remaining Canadian sentence. If the U.S.A extradites Mr. Muchikekwanape back to Canada in accordance with this request, he will be required to serve the remaining term of his sentence in custody, <u>unless parole is granted following his return to Canada</u>.''

7. I make this statement in support of Canada's request for the extradition of Mr. Muchikekwanape, and for no other purpose, and I verily believe that the facts set out herein are true.

Dated in Gatineau, Quebec on the 23rd day of June 2021.

VeasHenriquez, Daniel

Digitally signed by VeasHenriquez, Daniel
Date: 2021.06.23
17:28:29 -04'00'

_____
Daniel Alonso Veas-Henriquez

EXT_MUCHIK_SUPP_004